**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan Antonio ESCOBAR,**
**Defendant–Appellant.**

**No. 07–20261**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Gerardo S. Montalvo, Montalvo Law Firm, Houston, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Antonio Escobar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Escobar has filed a response. Our independent review of the record, counsel's brief, and Escobar's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

further responsibilities herein, and the AP-PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Escobar's motion for the appointment of substitute counsel is DENIED.